IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CATHYE STEPHENS LYNN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case no: 3:14-cv-00581 |
| v. | ) | Jury Demand |
| | ) | |
| **SUPREME OIL CENTRAL, INC.** | ) | Judge Trauger |
| **d/b/a ADMIRATION FOODS** | ) | Magistrate Judge Brown |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Comes now the Plaintiff, Cathye Stephens Lynn, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)1(A)(ii), hereby files this Stipulation of Dismissal in the above captioned case and requests that this Honorable Court enter an Order Dismissing the action with Prejudice.

It is so ORDERED.

ENTERED this the  20th day of August 2014.

_____
**HONORABLE JUDGE TRAUGER**

1

**SUBMITTED FOR ENTRY:**

**s/Frank J. Steiner_____**

**Frank J. Steiner (#26920)**
**2400 Crestmoor Road**
**Nashville, TN 37215**
**Phone: (615) 386-7116**
**Attorney for Cathye Stephens Lynn**


**APPROVED FOR ENTRY:**

**s/Craig Bonnist_(with permission)**

**Craig Bonnist, Partner**
**McCarter & English LLP**
**One Canterbury Green**
**201 Broad Street**
**Stamford, CT 06901**



**s/Kenneth A. Weber (with permission)**

**Kenneth A Weber (#15730)**
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
**211 Commerce Street, Suite 800**
**Nashville, TN 37201**
**(615) 726-5600**